

FILED
NOV 30 2016
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

WALTER GREEN III,

    Plaintiff,

v.                        Case No. 2:16cv421

RENTGROW, INC.
And
TRANS UNION, LLC,

    Defendants.

### ORDER

This matter comes before the court on defendant's (Rentgrow, Inc.) Motion to Dismiss (ECF No. 6) filed on August 23, 2016. The matter was referred to a United States Magistrate Judge by Order of September 16, 2016, (ECF No. 10), pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the matter.

The United States Magistrate Judge's Report and Recommendation (ECF No. 21) was filed on November 10, 2016. The magistrate judge recommended the court deny the defendant's (Rentgrow, Inc.) Motion to Dismiss.

By copy of the Report and Recommendation of the magistrate judge, the parties were advised of their right to file written objections thereto. The court has received no objections to the magistrate

judge's Report and Recommendation, and the time for filing same has expired. The court does hereby adopt and approve in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed November 10, 2016. Accordingly, defendant's (Rentgrow, Inc.) Motion to Dismiss is **DENIED**.

The Clerk shall forward a copy of this Order to all parties of record.

It is so **ORDERED**.

/s/
Rebecca Beach Smith
Chief Judge

REBECCA BEACH SMITH
CHIEF JUDGE

November 30, 2016