**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | | |
|---|---|---|
| WALTER GREEN, III, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 2:16-cv-421 |
| | : | |
| RENTGROW, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL

Please take notice that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by their respective counsel, hereby stipulate to the dismissal of the above-captioned action against Defendants, without prejudice, with each side to bear its own costs and fees.

                                  Respectfully submitted,

                                  _____*/s/*_____
                                Matthew J. Erausquin, VSB No. 65434
                                Casey S. Nash, VSB No. 84261
                                Consumer Litigation Associates, P.C.
                                1800 Diagonal Road, Suite 600
                                Alexandria, VA 22314
                                Tel: (703) 273-7770
                                Fax: (888) 892-3512
                                Email: matt@clalegal.com
                                Email: casey@clalegal.com

                                *Counsel for the Plaintiff*

                                                                       */s/*

Michael R. Ward, VSB No. 41133
Gibson S. Wright, VSB No. 84632
McCandlish Holton Morris, P.C.
1111 E. Main St., Suite 2100
P.O. Box 796
Richmond, VA 23218
Tel: 804-344-6317
Fax: 804-775-3800
Email: mward@lawmh.com
Email: gwright@lawmh.com

*Counsel for Trans Union, LLC*

*/s/*
Brian P. Donnelly, VSB No. 82052
Nixon Peabody LLP
799 9th Street NW, Suite 500
Washington, DC 20001
Tel: 202-585-8000
Fax: 202-585-8080
Email: bdonnelly@nixonpeabody.com

Jason P. Gonzalez, *pro hac vice*
Nixon Peabody, LLP
300 S. Grand Ave., Suite 4100
Los Angeles, CA 90071
Tel: 213-629-6000
Fax: 866-233-7749
Email: jgonzalez@nixonpeabody.com

*Counsel for the RentGrow, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 21st day of March, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Michael R. Ward
Gibson S. Wright
McCandlish Holton Morris, P.C.
1111 E. Main St., Suite 2100
P.O. Box 796
Richmond, VA 23218
Tel: 804-344-6317
Fax: 804-775-3800
mward@lawmh.com
gwright@lawmh.com

*Counsel for Trans Union, LLC*

Brian P. Donnelly
Nixon Peabody LLP
799 9th Street NW, Suite 500
Washington, DC 20001
Tel: 202-585-8000
Fax: 202-585-8080
bdonnelly@nixonpeabody.com

Jason P. Gonzalez, *pro hac vice*
Nixon Peabody, LLP
300 S. Grand Ave., Suite 4100
Los Angeles, CA 90071
Tel: 213-629-6000
Fax: 866-233-7749
jgonzalez@nixonpeabody.com

*Counsel for the RentGrow, Inc.*

                                      /s/
                Matthew J. Erausquin, VSB No. 65434
                *Counsel for the Plaintiff*
                Consumer Litigation Associates, P.C.
                1800 Diagonal Road, Suite 600
                Alexandria, VA 22314
                Telephone: (703) 273-7770
                Facsimile: (888) 892-3512
                Email: matt@clalegal.com